UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL COLEMAN,

     Plaintiff,

v.

NAVY FEDERAL CREDIT
UNION *et al.*,

     Defendants

Case No. 26-cv-10185
Hon. Matthew F. Leitman

_____/

## <u>ORDER GRANTING PLAINTIFF LEAVE<br>TO FILE A SECOND AMENDED COMPLAINT</u>

On January 20, 2026, Plaintiff Michael Coleman filed this action against Defendants Navy Federal Credit Union and Rockwood Recovery, Inc. (*See* Compl., ECF No. 1; First Am. Compl., ECF No. 19.)  Rockwood Recovery has now filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (*See* Mot., ECF No. 31.)  One of Rockwood Recovery's bases for relief is that Coleman has failed to plead "plausible" facts in support of at least some of his claims. (Br., ECF No. 31-1, PageID.208.)

Without expressing any view regarding the merits of the motion, the Court will grant Coleman the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Rockwood Recovery in its motion.  The Court does not anticipate allowing Coleman another opportunity to

1

amend to add factual allegations that he could now include in a Second Amended Complaint. Simply put, this is Coleman's opportunity to allege any and all additional facts, currently known to him, that may cure the alleged deficiencies in his claims.

By **July 31, 2026**, Coleman shall file a notice on the docket in this action notifying the Court and Defendants whether he will be filing a Second Amended Complaint. If Coleman provides notice that he will be filing a Second Amended Complaint, he shall file that amended pleading by no later than **August 14, 2026**. If Coleman provides notice that he will not be filing a Second Amended Complaint, he shall file a response to Rockwood Recovery's pending motion by no later than **August 14, 2026**.

Finally, if Coleman provides notice that he will be filing an amended pleading, the Court will terminate without prejudice Rockwood Recovery's motion as moot. Rockwood Recovery may re-file a dispositive motion directed at the Second Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 21, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126