UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL COLEMAN,

Plaintiff,

Case No. 26-cv-10185
Hon. Matthew F. Leitman

v.

NAVY FEDERAL CREDIT UNION *et al.*,

Defendants
_____________________________________________________________________/

**ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 31)**

On January 20, 2026, Plaintiff Michael Coleman filed this action against Defendants Navy Federal Credit Union and Rockwood Recovery, Inc. (*See* Compl., ECF No. 1; First Am. Compl., ECF No. 19.) Rockwood Recovery then filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (*See* Mot., ECF No. 31.)

On July 21, 2026, without expressing any view regarding the merits of the motion, the Court granted Coleman the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Rockwood Recovery in its motion. (*See* Order, ECF No. 32.) The Court informed the parties that if Coleman decided to file such an amended pleading, it would

terminate Rockwood Recovery's currently-pending motion without prejudice. (*See id.*)

On July 31, 2026, Coleman filed a notice that he intends to file a Second Amended Complaint. (*See* Notice, ECF No. 34.) Accordingly, the Court **TERMINATES** Rockwood Recovery's now-pending motion for judgment on the pleadings (ECF No. 31) **WITHOUT PREJUDICE**. Rockwood Recovery may re-file a dispositive motion directed at the Second Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126